UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>                      Plaintiff,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY; ADMIRAL INSURANCE COMPANY,<br><br>                      Defendants. | Case No.: 23-cv-2157-AJB-DDL<br><br>**STIPULATED CLAWBACK ORDER**<br><br>**[Dkt. No. 60]** |

    Federal Rule of Evidence 502(d) authorizes the Court to enter an order providing that any applicable privilege or protection is not waived by inadvertent disclosure connected with the litigation pending before the court. The parties stipulate, and the Court hereby **ORDERS**:

1. The inadvertent disclosure, in oral or written form, of any information which would otherwise be protected by Federal Rule of Evidence 501, Federal Rule of Evidence 502, or Division 8 (commencing at section 900) of the California Evidence Code, shall not operate as a waiver of the applicable privilege or the work-product protection.

2. Pursuant to Federal Rule of Evidence 502(d), any disclosure protected by this Order also is not a waiver of the applicable privileges or work-product protection in any other Federal or State proceeding.

3. Should counsel for any party receive a document which he or she reasonably believes contains material protected by a privilege under Federal Rule of Evidence 501, Federal Rule of Evidence 502 or Division 8 (commencing at section 900) of the California Evidence Code, counsel shall immediately notify counsel for the holder of the privilege and shall return all copies of the document upon request, without waiving the receiving party's right to seek an order from the Court that the document(s) in question are discoverable. Notwithstanding the foregoing, if the receiving party believes it has reasonable grounds to seek an order that the document(s) in question are discoverable, it may retain one copy solely for purposes, and for the duration, of the effort to seek such an order.

4. Should counsel for any party discover that it has produced a document(s) protected by privilege that she or he reasonably believes has been inadvertently produced, he or she shall immediately notify counsel for all other parties and request return of the document(s).

**Pursuant to stipulation, IT IS SO ORDERED.**

Dated: July 28, 2025

*/s/ David Leshner*

Hon. David D. Leshner
United States Magistrate Judge